SCWC-12-0000877

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

WENDELL H. JENKINS,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000877; S.P.P. NO. 08-1-0025; CR. NO. 96-0127)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and Wilson, JJ., Circuit Judge
Crabtree, in place of McKenna, J., recused, and Circuit Judge
Ochiai, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant Wendell H. Jenkins's

Application for Writ of Certiorari filed on April 1, 2015, is hereby

rejected.

DATED: Honolulu, Hawai'i, May 15, 2015.

Wendell H. Jenkins,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Michael D. Wilson

/s/ Jeffrey P. Crabtree

/s/ Dean E. Ochiai

